DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Nevada Bar No. 8920
TROY K. FLAKE
Assistant United States Attorneys
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: roger.wenthe@usdoj.gov
　　　　troy.flake@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNIVERSARY MINING CLAIMS, LLC, | ) |
| Plaintiff, | ) Case No.: 2:16-cv-932-JCM-GWF |
| v. | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Sean Duffy to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Mr. Duffy is an attorney with the United States Department of Justice, Environment & Natural Resources Division, an agency of the federal government, and is a member in good standing of the New York bar (admitted 2002).

1

The following information is provided to the Court:

Sean C. Duffy
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 305-0445
Fax: (202) 305-0506
Email: sean.c.duffy@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Sean Duffy to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 13th day of May, 2016.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Roger W. Wenthe*
        ROGER W. WENTHE
        Assistant United States Attorney

IT IS SO ORDERED:

GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: May 16, 2016

2

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on the persons shown, by the method shown, on the date shown.

CM/ECF

All counsel of record

Dated: May 13, 2016

                                  /s/ *Roger W. Wenthe*
                                    ROGER W. WENTHE
                                    Assistant United States Attorney

3