**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNIVERSARY MINING CLAIMS, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:16-cv-00932-JCM-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 23), filed on August 12, 2016. The parties request a 180-day discovery period, which is to commence following the court's ruling on Defendants' motion to dismiss. The parties are in effect requesting a stay of discovery pending Defendants' motion to dismiss. However, the parties have not set forth the requisite good cause to support a stay of discovery under the case law in this district. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 23) is **denied**. The parties may submit a revised proposed discovery plan and scheduling order that sets forth specific dates for discovery and all related deadlines. If the parties desire to stay discovery pending a decision on Defendants' motion to dismiss, they may file a motion to stay discovery supported by good cause.

DATED this 15th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge